UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO.

BISCAYNE TOWING & SALVAGE, INC., and TRIPLECHECK, INC. d/b/a SEA TOW MIAMI,

Plaintiffs,

vs.

PARADISE INTERNATIONAL VENTURES LTD., in personam, and M/Y BLU SKY, BVI Official No. 738756, its engines, boats, equipment, machinery, furnishings, apparel and appurtenances, etc., in rem,

Defendants
_____/

09-21247

CIV-KING

MAGISTRATE BANDSTRA

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

This cause came before the Court on Plaintiffs' Motion for Order Directing the Issuance of Warrant of Arrest. Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule C(2)(a), the Clerk is directed to issue a warrant of arrest in the above-styled action.

DONE AND ORDERED at Miami, Miami-Dade County, Florida, on this 12 day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

copy furnished to:
Law Office of John H. Thomas, P.A.

6163 warrant order.2